# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JACKIE WORDEN,

    Plaintiff,

v.                                   Case No. 10-11206

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

                                                  /

## ORDER SUSPENDING ALL DEADLINES IN CONTEMPLATION OF FACILITATION

Upon advisement by the parties' attorneys that this case is scheduled for facilitation with attorney Wayne Miller on November 15, 2010 at 9:30 a.m.,

IT IS ORDERED that all court-supervised discovery and other litigation deadlines are SUSPENDED. The parties are encouraged to conduct the discovery discussed at the September 30, 2010 scheduling conference in order to aid the facilitation. The court will conduct a telephone conference on **November 17, 2010 at 2:00 p.m.** to be briefed on the outcome of facilitation and, if necessary, to set discovery deadlines and address other discovery matters.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: October 8, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 8, 2010, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522